**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
NATALIA JUSCINSKA,

        Plaintiff,                  CASE NO.:      1:19-cv-11648-ER

v.

NEVADA PROPERTY 1 LLC d/b/a      **NOTICE OF VOLUNTARY DISMISSAL**
COSMOPOLITAN OF LAS VEGAS,        **WITH PREJUDICE**

        Defendant.
----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, NATALIA JUSCINSKA, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of Defendant, NEVADA PROPERTY 1 LLC d/b/a COSMOPOLITAN OF LAS VEGAS.

DATED:    **March 2, 2020**

                                            Respectfully Submitted,

                                            LAW OFFICES OF NOLAN KLEIN
                                            *Attorneys for Plaintiff*
                                            5550 Glades Road, Ste. 500
                                            Boca Raton, FL 33431
                                            PH:    (954) 745-0588

                                     By:  */s/ Hector V. Ramirez*
                                            HECTOR V. RAMIREZ, ESQ.
                                            (HR3270)
                                            ramirez@nklegal.com
                                            amy@nklegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **2nd** day of **March,** 2020.

                                            By:  */s/ Hector V. Ramirez*
                                                HECTOR V. RAMIREZ, ESQ.